B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____ District Of  South Carolina

In re  Donna Sue Jordan         ,    Case No.  17-03746-jw

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES III TRUST | LPP Mortgage, Inc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX  75038

Phone:  972-347-4350
Last Four Digits of Acct #:  4605

Court Claim # (if known): 6-1
Amount of Claim: 131,361.79
Date Claim Filed: 11/27/2017

Phone: _____
Last Four Digits of Acct. #:  4605

Name and Address where transferee payments should be sent (if different from above):

c/o BSI Financial Services
314 S. Franklin Street, 2nd Floor
Titusville, PA 16354
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle R. Ghidotti-Gonsalves        Date: 7/5/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of South Carolina

In re Donna Sue Jordan , Case No. 17-03746-jw

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 6-1 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 7/5/2019 (date).

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| LPP Mortgage, Inc | U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES III TRUST |

| Address of Alleged Transferor: | Address of Transferee: |
|---|---|
| Cenlar, FSB<br>425 Phillips Boulevard<br>Ewing, NJ 08618 | c/o BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                              _____
                                             **CLERK OF THE COURT**